# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

No. 1D18-2887

—————————————————

JAMES H. CHADWICK, II,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

—————————————————

On appeal from the Circuit Court for Baker County.
Mark W. Moseley, Judge.

March 21, 2019

PER CURIAM.

AFFIRMED.

WOLF, BILBREY, and WINSOR, JJ., concur.

—————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

—————————————————

James H. Chadwick, II, pro se, Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.